# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EUGENE MURPHY,**  **Plaintiff,**  vs.  **GENESIS FS CARD SERVICES, INC.,**  **Defendant.** | **8:19CV438**  **ORDER** |

Upon the notice of settlement (Filing No. 6) filed by Plaintiff,

**IT IS ORDERED:**

1. On or before **December 30, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case may be dismissed without further notice; and

3. The Clerk of Court shall terminate all other outstanding deadlines in this case.

Dated this 14th day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge